MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Federal National Mortgage Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAISY TRUST, a Nevada Trust,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government sponsored entity; DOE individuals I through XX; and ROE CORPORATIONS I through XX,,<br><br>Defendant. | Case No.: 2:20-cv-01217-GMN-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF RESPONSIVE PLEADING DEADLINE**<br><br>**[FIRST REQUEST]** |

Defendant Federal National Mortgage Association (**Fannie Mae**) and Plaintiff Daisy Trust (**Plaintiff**), by and through their respective counsel of record, stipulate and agree as follows:

Fannie Mae removed this case on June 26, 2020 [ECF No. 1; amended June 30, 2020, ECF No. 5]. Fannie Mae's deadline to respond to Plaintiff's complaint is currently July 6, 2020, based on the removal deadline. The parties stipulate and agree that Fannie Mae shall have until **August 7, 2020** to file a response to Plaintiff's complaint. Fannie Mae accepted service of Plaintiff's complaint in the state court matter on June 8, 2020, and the parties wish to honor the 60-day responsive deadline typically allowed following an acceptance of service.

…

…

…

…

This is the first request for an extension of this deadline and is made in good faith without the purpose of undue delay.

DATED July <u>2nd</u>, 2020.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Donna M. Wittig* | */s/ Timothy E. Rhoda* |
| MELANIE D. MORGAN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 4958 |
| DONNA M. WITTIG, ESQ. | TIMOTHY E. RHODA, ESQ. |
| Nevada Bar No. 11015 | Nevada Bar No. 7878 |
| 1635 Village Center Circle, Suite 200 | 1635 Village Center Circle, Suite 200 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89134 |
| *Attorneys for Federal National Mortgage Association* | *Attorneys for Daisy Trust* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** July 6, 2020

2

53689723;1