ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 W. Charleston Blvd., #75
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**DAISY TRUST**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DAISY TRUST, a Nevada trust, | )<br>) |
| Plaintiff, | )<br>)  Case No.   2:20-cv-01217-GMN-EJY |
| vs. | )<br>) |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government sponsored entity; DOE individuals I through XX; and ROE CORPORATIONS I through XX, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**STIPULATION AND ORDER TO EXTEND TIME**

COMES NOW, Plaintiff, DAISY TRUST, and Defendant, FEDERAL NATIONAL MORTGAGE ASSOCIATION, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On August 7, 2020, Defendant filed a Motion to Dismiss herein. [ECF #10].

2. Plaintiff's Response to said Motion is presently due on August 21, 2020.

3. As a result of numerous other pending work and personal obligations, including appellate briefs and motion practice in other cases, Plaintiff's counsel has requested an extension of time in which to file its Response.

4. Plaintiff shall be granted an extension of time in which to file its Response to

422 Dune Ridge

Defendant's Motion to Dismiss until and including September 4, 2020.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this 20th day of August, 2020.

| | |
|---|---|
| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 2810 W. Charleston Blvd., #75 <br> Las Vegas, Nevada 89102 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> ***Attorney for Plaintiff*** <br> ***Daisy Trust*** | /s/ *Donna M. Wittig* <br> DONNA M. WITTIG <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br> (702) 634-5000 <br> donna.wittig@akerman.com <br> ***Attorney for Defendant*** <br> ***Federal National Mortgage Association*** |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, District Judge
United States District Court

DATED this 24 day of August, 2020.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____20th_____ day of August, 2020, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME** to the following parties:

Melanie D Morgan
Akerman LLP
1635 Village Center Cir., Suite 200
Las Vegas, NV 89134
(702)634-5005
(702) 380-8572 (fax)
melanie.morgan@akerman.com
*Attorneys for Defendant*
*Federal National Mortgage Association*

Donna M. Wittig
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 634-5000
donna.wittig@akerman.com
*Attorneys for Defendant*
*Federal National Mortgage Association*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.