MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Federal National Mortgage Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAISY TRUST, a Nevada Trust,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government sponsored entity; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No. 2:20-cv-01217-GMN-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND OPPOSITION TO COUNTER-MOTION FOR DISCOVERY**<br><br>**(FIRST REQUEST)** |

Daisy Trust (**Daisy**) and Federal National Mortgage Association (**Fannie Mae**), hereby stipulate and agree that Fannie Mae shall have up to and including **September 23, 2020**, to file its reply in support of its motion to dismiss and its opposition to Daisy's counter-motion for discovery pursuant to Rule 56(d). The reply is currently due on September 9, 2020, and the opposition is currently due on September 16, 2020.

. . .

. . .

. . .

. . .

. . .

{54559961}

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED September 9th, 2020.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| /s/ Donna M. Wittig | /s/ Timothy E. Rhoda |
| MELANIE D. MORGAN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 4958 |
| DONNA M. WITTIG, ESQ. | TIMOTHY E. RHODA, ESQ. |
| Nevada Bar No. 11015 | Nevada Bar No. 7878 |
| 1635 Village Center Circle, Suite 200 | 1635 Village Center Circle, Suite 200 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89134 |
| *Attorneys for Federal National Mortgage Association* | *Attorneys for Daisy Trust* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** September 14, 2020

{54559961}                    2