UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Daisy Trust, <br><br> Plaintiff-Appellant, <br> vs. <br><br> Federal National Mortgage Association, <br><br> Defendant-Appellant. | District No.   2:20-cv-01217-GMN-EJY <br><br> U.S.C.A. No.   21-15595 |

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 3/24/2022, issued its judgment AFFIRMING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this   19   day of   April  , 2022.

_____
Gloria M. Navarro
United States District Judge